**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANOOSH PAJAND,<br><br>          Petitioner,<br><br>     v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>          Respondent. | Case No. CV 13-03472 ODW (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge and Petitioner's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge. However, the Court addresses Petitioner's "custody" argument from his Objections, below.

1  Petitioner contends that because he was on parole when he filed
2  his state habeas petition, he satisfies the "in custody"
3  requirement. (Objections at 3, ll. 8-16). However, Petitioner
4  was not in federal or state custody when he filed the instant
5  <u>federal</u> habeas petition. As such, this Court lacks jurisdiction
6  over Petitioner's habeas claims. <u>See</u> <u>Maleng v. Cook</u>, 490 U.S.
7  488, 490-91, 109 S. Ct. 1923, 104 L. Ed. 2d 540 (1989); <u>Bailey v.</u>
8  <u>Hill</u>, 599 F.3d 976, 978-79 (9th Cir. 2010).

10     **IT IS ORDERED** that the Petition is denied and Judgment shall
11  be entered dismissing this action without prejudice.

13     **IT IS FURTHER ORDERED** that the Clerk serve copies of this
14  Order and the Judgment herein on Petitioner and counsel for
15  Respondent.

17     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

19  DATED: December 12, 2013

20                                      OTIS D. WRIGHT
                                        UNITED STATES DISTRICT JUDGE