1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ANOOSH PAJAND,                    Case No. CV 13-03472 ODW (SS)

12              Petitioner,

13        v.                                    **JUDGMENT**

14   PEOPLE OF THE STATE OF
     CALIFORNIA,
15
                Respondent.
16

17

18        Pursuant   to   the   Court's   Order   Accepting   Findings,

19   Conclusions  and  Recommendations  of  United  States  Magistrate

20   Judge,

21

22        IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

23   dismissed without prejudice.

24

25   DATED: December 12, 2013

26                                    _____
                                      OTIS D. WRIGHT
27                                    UNITED STATES DISTRICT JUDGE

28